[No. 4768.]

THE CRIPPLE CREEK MINING COMPANY v. ESTEB.

**Former Opinion Followed.**

The judgment in this case is affirmed in accordance with the opinion in Cripple Creek Mining Co. v. Brabant, ante, p. 423.

*Appeal from the District Court of Teller County.*

*Hon. Louis W. Cunningham, Judge.*

Action by Paul Esteb against The Cripple Creek Mining Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

Messrs. WOLCOTT, VAILE & WATERMAN and Mr. H. H. DUNHAM (Mr. WM. W. FIELD, of counsel), for appellant.

Messrs. STIMSON & SMITH and Mr. JAMES J. MC-FEELY, for appellee.

Mr. JUSTICE CAMPBELL delivered the opinion of the court:

This action for the recovery of damages for personal injuries caused by defendant's negligence was submitted to the same jury that tried the case of *Cripple Creek M. Co. v. Brabant, ante,* page 423. The plaintiff's injury was inflicted at the same time, the issues in the two actions were substantially the same, and the evidence identical. The same questions of fact and law are involved in the two cases. The ruling there is controlling here, and accordingly the judgment in this case is affirmed. *Affirmed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE STEELE concur.